UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARIE LYNCH,

      Plaintiff,

 -against-                      **MEMORANDUM AND ORDER**
                                   13-CV-04499 (FB) (VVP)

NEW YORK CITY BOARD OF
ELECTIONS, FREDERIC M. UMANE,
GREGORY C. SUMA, JOSE MIGUEL
ARAUJO, NAOMI BARRERA, JULIE
DENT, MARIA R. GUASTELLA, MICHAEL
MICHEL, MICHAEL A. RENDIDO, SIMON
SHAMON, and JOHN PETER SIPP,

      Defendants.
------------------------------------------------------x

*Appearances*
For the Plaintiffs:                    *For the Defendants:*
JARED M. LEFKOWITZ, ESQ.       ADAM E. COLLYER, ESQ.
Law Offices of Jared M. Lefkowitz    New York City Law Dept.
250 Park Avenue, Suite 2020          Office of the Corporation Counsel
New York, NY 10177                  100 Church Street, Room 2-318
                                            New York, NY 10007

**BLOCK, Senior District Judge:**

      The Court has duly considered Plaintiff's application for sanctions against defendants.

The motion is denied.

      **SO ORDERED**

                                                **/S/ Frederic Block**
                                                FREDERIC BLOCK
                                                Senior United States District Judge

Brooklyn, New York
June 30, 2014